**COBB, Movant, v. COMMONWEALTH OF KENTUCKY, Opposed.**

Court of Appeals of Kentucky.

(Decided Jan. 14, 1938.)

WM. HILL MACKEY and L. SAUNDERS for movant.

HUBERT MEREDITH, Attorney General, and J. K. LEWIS, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied. Judgment affirmed.

**KING, Movant, v. COMMONWEALTH OF KENTUCKY, Opposed.**

Court of Appeals of Kentucky.

(Decided Jan. 28, 1938.)

H. B. BEST and SILAS JACOBS for movant.

HUBERT MEREDITH, Attorney General, GUY H. HERDMAN, Assistant Attorney General, M. HARGETT, Commonwealth's Attorney, and CLYDE R. BARKER for the Commonwealth.